Friday, June 24, 2011

Mr. Gavin Neal Lewis
Attorney at Law
1612 Ravenwood Court
Aledo, TX 76008

Mr. Douglas W. Alexander
Alexander Dubose & Townsend, L.L.P.
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562
Mr. Theodore Cassiday Keramidas
T. Cass Keramidas, P.C.
800 East Campbell Road, Suite 202
Richardson, TX 75081

RE: Case Number: 10-0434
 Court of Appeals Number: 05-08-01685-CV
 Trial Court Number: CC-08-06984-A

Style: 1/2 PRICE CHECKS CASHED
 v.
 UNITED AUTOMOBILE INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk

 |cc:|Mr. John Warren |
| |Ms. Lisa Matz |
| |Mr. William H. |
| |Lawrence |
| |Mr. William S. |
| |Rhea |
| |Mr. Charles A. |
| |Ruesink |
| |Mr. E. Thomas |
| |Bishop |